IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAHARRAH DAVIS,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| **FAMILY DOLLAR STORES OF** | : | |
| **PENNSYLVANIA, LLC et al.,** | : | |
| *Defendants.* | : | **NO. 22-cv-02321** |

# O R D E R

**AND NOW,** this 21st day of July 2022, it having been reported that the issues between the parties in the above action have been settled (ECF No. 6) and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to the agreement of counsel without costs.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**

Civ. 2 41.1(b) (3/18)